RECEIVED
MAR 3 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GASPARD ONE, L.L.C., ET AL | * | CIVIL ACTION NO. 07-1551 |
| VERSUS | * | JUDGE DOHERTY |
| B P AMERICA PRODUCTION CO., ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED that the motion to remand [rec. doc. 18] is DENIED. The claims against the State of Louisiana, through the Louisiana Department of Environmental Quality ("DEQ"), and the State of Louisiana, through the Louisiana Department of Natural Resources ("DNR"), are hereby **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED this 31st day of March, 2008, in Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE